OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RETURNED TO SENDER
AS ADDRESSED
UNABLE TO FORWARD

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596

$ 00.26⁵
JAN 08 2015
MAILED FROM ZIP CODE 78701

1/7/2015

TOBIN, TIMOTHY   Tr. Ct. No. D-1-DC-11-301449-A        WR-82,586-01

The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, the application is not on the updated prescribed form per art. 11.07. Also, multiple grounds are raised on a single page.

Abel Acosta, Clerk



RETURN TO SENDER
[] NEED INMATE DOB
[X] INMATE NO LONGER HERE
[] ILLEGIBLE WRITING
[] NEED INMATE FULL NAME
TIMOTHY TOBIN
[] NO RETURN ADDRESS
[] NOT ACCEPTED

U.T.F

TRAVIS CO. CORR. CEN - TDC # 1434635
8614 BILL PRICE RD.
DEL VALLE, TX 78617

1EBN3B 78617